# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE FRANK,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>A.W. SHURMAN,<br><br>　　　　Respondent. | No. 2:20-CV-0414-JAM-DMC-P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed a notice of voluntary dismissal (ECF No. 17). Good cause appearing therefor, this action is dismissed. See Fed. R. Civ. P. 41(a)(2). Respondent's motion to dismiss (ECF No. 13) is denied as moot. The Clerk of the Court is directed to close this file.

　　　　IT IS SO ORDERED.

Dated:  September 1, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE